THE PEOPLE OF STATE OF NEW YORK, Respondent, v. JOHN F. OTIS and

Others, Appellants.— Appeal dismissed as to defendants Joseph Longhway, Charles Edland and Edward Driscoll, upon stipulation filed. Judgment of conviction and order affirmed, as to the defendant John F. Otis. All concur.

JACOB ORESTER, Appellant, v. THE DAYTON RUBBER MANUFACTURING COMPANY, Respondent.— Judgment affirmed, with costs. All concur.